# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Thuma, David T. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of New Mexic | 3. Date of Report<br><br>08/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 333 Lomas Blvd, NW<br>Suite 360<br>Albuquerque, NM 87102 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member and manager | PBSWP, LLC, a New Mexico limited liability company (family LLC) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 08/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ annual conference | 10/29/19-10/31/19 | Washington, DC | Attend NCBJ annual conference | three night's hotel; transportation; food |
| 2. | Arizona State Bar | 6/27/19-6/29/19 | Phoenix, AZ | Speak at state bar conference | two night's hotel; transportation |
| 3. | ABI | 8/29/19-8/31/19 | Las Vegas, NV | Speak at ABI Southwest conference | two night's hotel; transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 08/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vanguard 500 Index Fund Admiral Shares | A | Int./Div. | N | T | | | | | |
| 2. Vanguard Admiral Treasury Money Market Fund | A | Int./Div. | J | T | | | | | |
| 3. Vanguard Balanced Index Fund Admiral Shares | C | Int./Div. | M | T | | | | | |
| 4. Vanguard Tax-Exempt Money Market Fund | A | Int./Div. | L | T | | | | | |
| 5. Vanguard Balanced Fund Admiral Shares | A | Int./Div. | N | T | | | | | |
| 6. Vanguard Tax-Managed Balanced Fund Admiral Shares | A | Int./Div. | N | T | | | | | |
| 7. Vanguard Precious Metals and Mining Fund | A | Int./Div. | J | T | | | | | |
| 8. Vanguard Target Retirement 2025 Fund | A | Int./Div. | L | T | | | | | |
| 9. Vanguard Total Stock Market Index Fund Inv. Shares | A | Int./Div. | J | T | | | | | |
| 10. Vanguard Admiral Treasure Money Market Fund | A | Int./Div. | J | T | | | | | |
| 11. The Education Plan-25% Active Equity Protfolio | A | Int./Div. | M | T | Buy | 03/01/19 | M | | |
| 12. The Education Plan-US Equity Index | A | Int./Div. | K | T | Buy | 03/01/19 | K | | |
| 13. The Education Plan-Bond Index | A | Int./Div. | J | T | Buy | 03/01/19 | J | | |
| 14. Oppenheimer NM Education Plan (529) Conservative Portfolio | A | Int./Div. | | | Sold | 03/01/19 | M | | |
| 15. Oppenheimer Educ. Plan (529) Ultra Conservative Portfolio | A | Int./Div. | | | Sold | 03/01/19 | K | | |
| 16. PBSWP, LLC (owns farm land in Handricks County, Indiana) | D | Rent | N | W | | | | | |
| 17. Wells Fargo Checking Account | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Wells Fargo Savings Account | A | Int./Div. | J | T | | | | | |
| 19. Exxon common stock | A | Int./Div. | J | T | | | | | |
| 20. Abbot Laboratories | A | Int./Div. | K | T | Buy | 01/02/19 | J | | |
| 21. Alphabet Inc. | A | Int./Div. | K | T | | | | | |
| 22. Amazon | A | Int./Div. | K | T | | | | | |
| 23. Amgen | A | Int./Div. | | | Sold | 05/10/19 | J | | |
| 24. Apple, Inc. | A | Int./Div. | K | T | | | | | |
| 25. Bank of America common stock | A | Int./Div. | K | T | | | | | |
| 26. Berkshire Hathaway, Series B | A | Int./Div. | K | T | | | | | |
| 27. Boeing Co. | A | Int./Div. | K | T | | | | | |
| 28. Booking Holdings | A | Int./Div. | J | T | | | | | |
| 29. Caterpillar Inc. | A | Int./Div. | | | Sold | 08/15/19 | J | | |
| 30. Chevron Corp. | A | Int./Div. | K | T | | | | | |
| 31. Cisco Systems | A | Int./Div. | K | T | Buy | 05/31/19 | K | | |
| 32. Comcast Corp. | A | Int./Div. | J | T | | | | | |
| 33. Constellation Brands | A | Int./Div. | K | T | Buy | 01/16/19 | K | | |
| 34. CSX Corp. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Diageo PLC | A | Int./Div. | J | T | | | | | |
| 36.  Disney Co. | A | Int./Div. | K | T | | | | | |
| 37.  Electronic Arts | A | Int./Div. | J | T | Buy | 08/23/19 | J | | |
| 38.  Emerson Electric Co. | A | Int./Div. | J | T | | | | | |
| 39.  Facebook Inc. | A | Int./Div. | J | T | | | | | |
| 40.  General Dynamics Corp | A | Int./Div. | | | Sold | 01/10/19 | J | | |
| 41.  Gilead Sciences | A | Int./Div. | | | Sold | 10/28/19 | J | | |
| 42.  HCA Holdings Inc. | A | Int./Div. | K | T | | | | | |
| 43.  Home Depot Inc. | A | Int./Div. | J | T | | | | | |
| 44.  Honeywell | A | Int./Div. | K | T | Buy | 10/28/19 | K | | |
| 45.  Humana Inc. | A | Int./Div. | J | T | | | | | |
| 46.  Intel | A | Int./Div. | K | T | | | | | |
| 47.  Intercontinental Exchange | A | Int./Div. | K | T | | | | | |
| 48.  Interxion Holding NV | A | Int./Div. | J | T | | | | | |
| 49.  Intuitive Surgical Inc. | A | Int./Div. | | | Sold | 05/31/19 | J | | |
| 50.  ishares Core U.S. Aggregate Bond ETF | A | Int./Div. | L | T | | | | | |
| 51.  isharesMSCI EAFE Growth ETF | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | ishares Core MSCI emerging markets ETF | A | Int./Div. | L | T | | | | | |
| 53. | ishares Core MSCI EAFE ETF | A | Int./Div. | K | T | | | | | |
| 54. | ishares Core S&P Mid ETF | A | Int./Div. | K | T | Buy | 01/28/19 | K | | |
| 55. | ishares Core S&P small cap ETF | A | Int./Div. | L | T | | | | | |
| 56. | Johnson & Johnson | A | Int./Div. | | | Sold | 08/01/19 | J | | |
| 57. | JP Morgan Chase & Co. common stock | A | Int./Div. | K | T | | | | | |
| 58. | Lam Research Corp. | A | Int./Div. | K | T | | | | | |
| 59. | Lockheed Martin | A | Int./Div. | J | T | Buy | 01/10/19 | J | | |
| 60. | Mastercard | A | Int./Div. | K | T | Buy | 08/15/19 | K | | |
| 61. | Merck | A | Int./Div. | K | T | Buy | 05/10/19 | K | | |
| 62. | Microsoft Corp. | A | Int./Div. | K | T | | | | | |
| 63. | Nextera Energy Inc. | A | Int./Div. | J | T | | | | | |
| 64. | OneOK Inc. | A | Int./Div. | K | T | | | | | |
| 65. | Packaging Corp of America | A | Int./Div. | J | T | | | | | |
| 66. | Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 67. | Pfizer Inc. | A | Int./Div. | K | T | | | | | |
| 68. | Pimco Active BankETF | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Progressive Corp. | A | Int./Div. | J | T | | | | | |
| 70. Rio Tinto PLC | A | Int./Div. | J | T | | | | | |
| 71. Royal Dutch Shell | A | Int./Div. | J | T | | | | | |
| 72. Salesforce.com | A | Int./Div. | J | T | | | | | |
| 73. Sony Corp. | A | Int./Div. | | | Sold | 03/22/19 | J | | |
| 74. SPDR portfolio short term corp. bond ETF | A | Int./Div. | L | T | | | | | |
| 75. SPDR S&P Biotech ETF | A | Int./Div. | J | T | Buy | 11/29/19 | J | | |
| 76. Sprouts Farmers Markets | A | Int./Div. | | | Sold | 11/06/19 | J | | |
| 77. Starbucks | A | Int./Div. | J | T | Buy | 11/06/19 | J | | |
| 78. Thermo Fisher Scientic Inc. | A | Int./Div. | J | T | | | | | |
| 79. TJX Cos Inc. New | A | Int./Div. | K | T | | | | | |
| 80. Unilever PLC | A | Int./Div. | J | T | | | | | |
| 81. US Bancorp | A | Int./Div. | J | T | | | | | |
| 82. Vanguard real estate index fund ETF | A | Int./Div. | K | T | | | | | |
| 83. Vanguard Scottsdale Inter-term Treas. Index ETF | A | Int./Div. | K | T | | | | | |
| 84. Vanguard ETF; short term bonds | A | Int./Div. | L | T | | | | | |
| 85. Verizon Comm. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dodge & Cox Income Fund | A | Int./Div. | | | Sold | 01/02/19 | M | | |
| 87. Doubline Funds; total return bond fund | A | Int./Div. | M | T | | | | | |
| 88. Metropolitan West funds; total return bond fund | A | Int./Div. | L | T | | | | | |
| 89. Fidelity Investments money market treas. only | A | Int./Div. | L | T | | | | | |
| 90. FPA New Income Inc. | A | Int./Div. | K | T | | | | | |
| 91. Ridgeworth Funds; floating rate high income/ nka Virtus Asset Tr. | A | Int./Div. | | | Sold | 01/10/19 | J | | |
| 92. Thompson IM Funds; bond fund | A | Int./Div. | | | Sold | 10/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thuma, David T.** | 08/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  PBSWP, LLC is a family owned LLC that owns farm land in Hendricks County, Indiana.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David T. Thuma**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544